ALEXANDER G. CALFO (SBN 152891)
 *ACalfo@yukelaw.com*
KELLEY S. OLAH (SBN 245180)
 *KOlah@yukelaw.com*
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
 *ganderson-thompson@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 362-7777
Facsimile:    (213) 362-7788

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., JOHNSON &
JOHNSON SERVICES, INC., JOHNSON &
JOHNSON (erroneously sued as "Johnson &
Johnson, Inc."), DEPUY INTERNATIONAL
LIMITED (erroneously sued as "DePuy
International, Ltd.")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA CURRAN,<br><br>                Plaintiff,<br><br>        vs.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>                Defendants. | CASE NO. CV12-2686-RS<br><br>~~[PROPOSED]~~ ORDER RE STIPULATION TO STAY PROCEEDINGS<br><br>JURY TRIAL DEMANDED |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff

BARBARA CURRAN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON &

JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson &

Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy

International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all documents,

files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

    1.    The Parties' request for a stay of proceedings is GRANTED;

    2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

    3.    All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/12    , 2012

Hon. Richard Seeborg

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS